SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY
LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY QUINTANA, an individual,<br><br>                Plaintiff,<br><br>        vs.<br><br>DAVID WILSON'S FORD OF ORANGE, a California Corporation; FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>                Defendants. | Case No.  8:19-cv-1202<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT NO MORE THAN 30 DAYS**<br><br>Notice of Removal Filed: June 17, 2019<br>Current Response Date: June 24, 2019<br>New Response Date: July 15, 2019<br><br>Action Filed:   May 16, 2019<br>Trial Date:     None Set |

08888.1957/14921930.1

1       Plaintiff Zachery Quintana ("Plaintiff") and Defendants Ford Motor Credit

2  Company LLC's ("Ford Credit") and David Wilson's Ford of Orange ("Ford of

3  Orange") (collectively "Defendants"), by and through their counsel of record,

4  hereby stipulate as follows:

5       1.    On June 17, 2019, Ford Credit filed a notice of removal of the Orange

6  County Superior Court Case No. 30-2019-01070335-CU-BT-CJC.  Ford of Orange

7  joined in the notice of removal.

8       2.    Pursuant to the Federal Rules of Civil Procedure, Rule 81(c)(2),

9  Defendants' respective responses to the Complaint are due on June 24, 2019, seven

10 (7) days after filing the notice of removal.

11      3.    Pursuant to Local Rule 8-3, the parties agree to extend the time for

12 Defendants to file their respective responses to the Complaint by 28 days.

13      4.    Plaintiff and Defendants hereby stipulate and agree that Ford Credit

14 and Ford of Orange shall have to and including July 15, 2019 to respond to the

15 Complaint.

16      5.    This extension will not affect any other deadlines entered in this case.

17 This stipulation is without prejudice to the rights, claims, arguments, and defenses

18 of all parties.

19      6.    From the initial response deadline, the total extension of time provided

20 to respond to the Complaint does not exceed 30 days.

21      IT IS SO STIPULATED.

22      Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this joint stipulation,

23 David A. Berkley, attests that all other signatories listed below, and on whose behalf

24 the filing is submitted, concur in the filing's content and have authorized the filing.

25

26

27

28

1    DATED:  June 19, 2019          THE MARGARIAN LAW FIRM

2

3                                   By:    _/s/ Hovanes Margarian_
                                           Hovanes Margarian
4                                   Attorneys for Plaintiff  Zachery Quintana

5

6    DATED:  June 19, 2019          SEVERSON & WERSON
                                    A Professional Corporation
7

8

9                                   By:    _/s/ David Berkley_
                                           David A. Berkley
10                                  Attorneys for Defendant FORD MOTOR
                                    CREDIT COMPANY LLC
11

12

13   DATED:  June 19, 2019          HALLSTROM, KLEIN & WARD

14
                                    By:    _/s/ David Ward_
15                                         David T. Ward

16
                                    Attorneys for Defendant DAVID WILSON'S
17                                  FORD OF ORANGE

18

19

20

21

22

23

24

25

26

27

28

1
2

**PROOF OF SERVICE**
**Quintana v. David Wilson's Ford of Orange, et al.**
**USDC Central District Case No. 8:19-cv-01202**

3
4

     At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Orange, State of California.  My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

5

     On June 19, 2019, I served true copies of the following document(s):

6
7

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT NO MORE THAN 30 DAYS**

8

on the interested parties in this action as follows:

9
10
11

| | |
|---|---|
| Hovanes Margarian, Esq. | Attorneys for Plaintiff |
| Shushanik Margarian, Esq. | ZACHERY QUINTANA |
| THE MARGARIAN LAW FIRM | |
| 801 N. Brand Blvd., Suite 210 | Telephone:  (818) 553-1000 |
| Glendale, CA  91203 | Facsimile:   (818) 553-1005 |

12
13

| | |
|---|---|
| David T. Ward, Esq. | Attorneys for Defendant |
| HALLSTROM, KLEIN & WARD, LLP. | DAVID WILSON'S FORD OF ORANGE |
| 15615 Alton Parkway, Suite 175 | |
| Irvine, CA 92618 | Telephone:  (949) 450-8500 |
| | Facsimile:   (949) 450-1588 |

14
15
16
17

     **BY FEDEX:**  I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

18
19

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

20

     Executed on June 19, 2019, at Irvine, California.

21
22

_____
           Victoria A. McCav

23
24
25
26
27
28

PROOF OF SERVICE