SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

Attorneys for Defendant
FORD MOTOR CREDIT COMPANY LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — SOUTHERN DIVISION

| | |
|---|---|
| ZACHERY QUINTANA, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID WILSON'S FORD OF ORANGE, a California Corporation; FORD MOTOR CREDIT COMPANY LLC, a Delaware Limited Liability Company; and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 8:19-cv-01202 JLS (JEMx)<br>Hon. Josephine L. Staton<br>Ctrm. 10A – Santa Ana<br><br>**NOTICE OF SETTLEMENT**<br><br>Action Filed: May 16, 2019<br>Removal Date: June 17, 2019<br>Trial Date: None Set |

## <u>NOTICE OF SETTLEMENT</u>

Pursuant to Local Rule 40-2, Plaintiff Zachery Quintana ("Plaintiff") and Defendants Ford Motor Credit Company LLC's ("Ford Credit") and David Wilson's Ford of Orange ("Ford of Orange") (collectively "Defendants"), by and through their counsel of record, hereby provide notice that the case has been settled in principle. The parties are finalizing a settlement agreement and will submit a request for dismissal in short order. As such, Defendants will not file the responsive pleading as scheduled on August 5, 2019.

**IT IS SO STIPULATED.**

DATED: August 2, 2019          THE MARGARIAN LAW FIRM

                                By:    */s/ Hovanes Margarian*
                                         Hovanes Margarian
                                Attorneys for Plaintiff Zachery Quintana

DATED: August 2, 2019          SEVERSON & WERSON
                                A Professional Corporation

                                By:    */s/ David A. Berkley*
                                         David A. Berkley
                                Attorneys for Defendant FORD MOTOR
                                CREDIT COMPANY LLC

DATED: August 2, 2019          HALLSTROM, KLEIN & WARD

                                By:    */s/ David T. Ward*
                                         David T. Ward
                                Attorneys for Defendant DAVID WILSON'S
                                FORD OF ORANGE

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this joint stipulation, David A. Berkley, attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.